# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAYMOND, successor in interest to decedent Augustus Joshua Crawford,<br><br>Plaintiff,<br><br>v.<br><br>WARREN MARTIN, et al.,<br><br>Defendants. | Case No.: 1:18-cv-0307 - DAD-JLT<br><br>ORDER DIRECTING THE CLERK TO ISSUE NEW CIVIL CASE DOCUMENTS AND SERVICE DOCUMENTS TO PLAINTIFF<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS WITHIN THIRTY DAYS |

Plaintiff James Raymond, as successor interest to decedent Augustus Joshua Crawford, has stated cognizable claims against defendant Warren Martin in his complaint. (Doc. 6) Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue New Civil Case Documents in this action.
2. Service of Plaintiff's Complaint is appropriate for, and shall be initiated on defendant Warren Martin.
3. The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one summons, one Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on March 5, 2018 (Doc. 1).
4. Within **thirty days** from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

1

a. A completed USM-285 form for the defendant identified above;

b. A completed summons for the defendant identified above; and

c. Two copies of the Complaint.

5. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. **Plaintiff is cautioned that failure to comply with this order may result in dismissal of the action pursuant to Local Rule 110.**

IT IS SO ORDERED.

Dated: **May 23, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE