Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendant WARREN MARTIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAYMOND, an individual and as successor in interest to Decedent, Augustus Joshua Crawford,<br><br>        Plaintiff,<br><br>   vs.<br><br>WARREN MARTIN,<br><br>        Defendant. | Case No. 1:18-CV-00307-DAD-JLT<br><br>**DEFENDANT'S REQUEST TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER SETTING THE CONFERENCE ON NOVEMBER 5, 2018** |

COMES NOW, Defendant WARREN MARTIN and hereby requests that the Scheduling Conference in this matter, currently scheduled for October 31, 2018, be continued to November 6, 2018, because both defense counsel will be traveling to and attending expert depositions in New York City in the case of *Twelve Sixty LLC, et al. v. Extreme Music Library Limited, et al.*, U.S. District Court, Southern District of New York, Case No. 1:17-CV-01479-PAC from October 30, 2018 to November 2, 2018. The expert deposition cutoff as ordered by the Court in the *Twelve Sixty LLC* case is November 8, 2018, and therefore the depositions cannot be continued.

Respectfully submitted,

Dated: October 25, 2018        MARDEROSIAN & COHEN

By: */s/ Heather S. Cohen*
_____
Heather S. Cohen,
Attorneys for Defendant
WARREN MARTIN

## ORDER

After having read and considered the Defendants' Request to Continue Scheduling Conference and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Conference is hereby continued to **November 5, 2018**, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **October 25, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE