# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAYMOND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARREN MARTIN,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00307 - DAD - JLT<br><br>ORDER TO THE PLAINTIFF TO FILE A STATUS REPORT |

　　　　The Court held the mandatory scheduling conference on November 5, 2018. (Doc. 34) Mr. Raymond failed to appear at the hearing. However, the Court was provided by defense counsel, a letter from Mr. Raymond's doctor, dated November 1, 2018, in which the doctor reported that Mr. Raymond was "under [the doctor's] care," and was "unable to travel at this time" to his hearing "in court in Fresno, CA on November 5, 2018." It appears that, for whatever reason, Mr. Raymond believed his hearing was in Fresno; it was not. Thus, the letter fails to provide sufficient information for the Court to understand Mr. Raymond's plans related to this case, whether he is physically capable of proceeding or, even, appearing in court in Bakersfield—his city of residence. Consequently, the Court **ORDERS**:

　　　　1.　　**<u>No later than November 30, 2018</u>**, Mr. Raymond **SHALL** file a status report detailing his intentions related to this case, including: 1.) whether he intends to prosecute this action; and, 2) whether he is physically capable of proceeding in this action. If he is not physically capable of proceeding at this time, he **SHALL** provide a confidential report from his doctor explaining his medical

1

condition, how it limits Mr. Raymond from participating in this action and the doctor's opinion as to when Mr. Raymond will be capable of proceeding in this action.

IT IS SO ORDERED.

| Dated: | **November 5, 2018** | **/s/ Jennifer L. Thurston** |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |