1  **MARGO A. RAISON, COUNTY COUNSEL**
2  **By: Kathleen Rivera, Deputy (SBN 211606)**
   **Kern County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, CA 93301**
4  **Telephone 661-868-3800**
   **Fax 661-868-3805**
5

6  **Attorneys for County of Kern**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAYMOND, | Case No.: 1:18-CV-00307 DAD JLT |
| Plaintiff, | |
| v. | STIPULATED DISMISSAL |
| WARREN MARTIN, | |
| Defendant. | |
| _____ | Case No.: 1:18-cv-01526 DAD-JLT |
| INGRID CRAWFORD SMITH, et al., | |
| Plaintiffs, | |
| v. | |
| CITY OF BAKERSFIELD, KERN COUNTY, et al., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their respective attorneys of record, stipulate as follows:

1) On March 5, 2018, plaintiff James Raymond, in pro per, filed a complaint regarding the death of his son Augustus Joshua Crawford, naming defendants Bakersfield Police officer Warren Martin. (Case number 1:18-cv-00307 DAD-JLT).

1

2) On November 5, 2018, Plaintiffs Ingrid Crawford Smith and A.C filed a complaint regarding the death of Augustus Joshua Crawford, through their attorney George G. Mgdesyan, naming the City of Bakersfield, Bakersfield Police Department, Bakersfield Police Chief Lyle Martin, Bakersfield Police Officer Warren Martin, and Kern County. (Case number 1:18-cv-01526 DAD-JLT).

3) On March 14, 2019, the above two cases were consolidated, with the case number of the earlier filed case as the new case number: 1:18-cv-00307 DAD-JLT.

4) On September 16, 2019, Plaintiff A.J.C filed a complaint regarding the death of Augustus Joshua Crawford, through his/her attorney George G. Mgdesyan, naming the City of Bakersfield and the Bakersfield Police Department. (Case number 1:19-cv-01302 DAD-JLT).

5) On September 24, 2019, this court issued an Order to Show Cause regarding why the latest filed case, 1:19-cv-01302 DAD-JLT, should not be consolidated with the prior now consolidated cases. As of today's date, an order to consolidate has not been issued.

6) James Raymond, in pro per, and the remaining parties through their respective counsel now STIPULATE that defendant Kern County is not a proper party to this lawsuit, and therefore Kern County is DISMISSED as a defendant with prejudice from the lead case: 1:18-cv-00307 DAD-JLT.

Dated: November 7, 2019                MARGO A. RAISON, COUNTY COUNSEL


By: ___/s/_____
    Kathleen Rivera, Deputy
    Attorneys for County of Kern

Dated: October 31, 2019                MGDESYAN LAW FIRM


By: ___/s/ *_____
    George G. Mgdesyan, Esq.
    Attorneys for Ingrid Crawford Smith and
    A.C. and A.J.C

*Permission to sign electronically granted by email 10/31/19

| | | |
|---|---|---|
| Dated: October ___, 2019 | | JAMES RAYMOND |

By: _____
James Raymond, Plaintiff

Dated: October ___, 2019                MARDEROSIAN & COHEN

By:     /s/  **
Heather S. Cohen, Esq.
Attorneys for City of Bakersfield, et al.

** Permission to sign electronically granted by email 11/7/19/

## **ORDER**

The parties have stipulated to dismiss the action as to the County of Kern with each side to bear their own fees and costs. (Doc. 60) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to the County of Kern.

IT IS SO ORDERED.

Dated:   **November 13, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

3