**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RAYMOND,<br>    Plaintiff,<br><br>    v.<br><br>WARREN MARTIN, et al.,<br>    Defendants.<br><br>INGRID CRAWFORD SMITH, an individual and Successor in Interest to decedent AUGUSTUS JOSHUA CRAWFORD, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.<br>    Defendants. | Case No: 1:18-cv-00307-DAD-BAK (SKO)<br>(Consolidated)<br><br>**ORDER REGARDING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER TO ACCOMMODATE THE DEPOSITIONS OF OFFICER ADAM GARCIA (1183) AND ROBERT E. WHITMORE, M.D.**<br><br>(Doc. 100) |

Pursuant to the parties' Joint Stipulation to Modify the Scheduling Order to Accommodate the Depositions of Officer Adam Garcia (1183) and Robert E. Whitmore, M.D. (Doc. 100), and for good cause shown, IT IS HEREBY ORDERED that the dates and deadlines in the Scheduling Order (Doc. 87) are CONTINUED by approximately ten days as follows:

    a. Non-Expert Discovery Deadline: 3/11/2022

    b. Expert Disclosure Deadline: 3/21/2022

    c. Rebuttal Expert Disclosure Deadline: 4/21/2022

    d. Expert Discovery Deadline: 5/19/2022

    e. Non-Dispositive Motion Filing Deadline: 6/3/2022

    f. Non-Dispositive Hearing Deadline: 7/6/2022[1]

    g. Dispositive Motion Filing Deadline: 7/15/2022

    h. Dispositive Hearing Deadline: 8/16/2022[2]

The Settlement Conference and Pretrial Conference shall remain as set.

IT IS SO ORDERED.

Dated: __**February 18, 2022**__            /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Sheila K. Oberto, to whom the matter has been temporarily referred (*see* Doc. 98), hears civil motions on Wednesdays at 9:30 a.m.

[2] District Judge Dale A. Drozd hears civil motions on the first and third Tuesday of the month at 9:30 a.m.

2    Case No.: 1:18-CV-00307-DAD-BAK (SKO)

ORDER REGARDING JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER TO ACCOMMODATE THE DEPOSITIONS OF OFFICER ADAM GARCIA (1183) AND ROBERT E. WHITMORE, M.D.