UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CRAWFORD SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN MARTIN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00307-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND APPROVING MINOR'S COMPROMISE<br><br>Docs. 160, 162 |

On March 16, 2026, plaintiffs Ingrid Crawford Smith, A.C. (a minor and successor in interest to Augustus Joshua Crawford, through guardian ad litem Tyshika Williams), and A.J.C. (a minor and successor in interest to Augustus Joshua Crawford, through guardian ad litem Bryshanique Allen) filed an unopposed petition to approve settlement of the minor's claims. Doc. 160. This matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On May 14, 2026, the magistrate judge issued findings and recommendations to approve the petition. Doc. 162. The magistrate judge found the proposed settlement amount was "fair, reasonable, and in the best interests" of the minor plaintiffs and recommended that the Court approve the petition. *See id.* The findings and recommendations were served on the parties and notified them that any objections were due within 14 days. *Id.* at 7. No objections were filed and the time do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Accordingly:

1. The findings and recommendations, Doc. 162, issued on May 14, 2026, are adopted in full;

2. The petition to approve the minor's compromise, Doc. 160, is granted, and the terms of the settlement are approved as fair and reasonable;

3. Under the terms of the minor's compromise, $700,000.00 shall be placed in an annuity for the benefit of A.C. and $700,000.00 shall be placed in an annuity for the benefit of A.J.C.;

4. Plaintiffs' counsel is awarded $500,000.00 in attorney's fees ($250,000.00 from each of minor plaintiffs) and $108,723.80 in costs ($50,000.00 from each of minor plaintiffs and $8,723.80 from plaintiff Smith); and

5. The parties shall file a stipulation for dismissal of the action with prejudice and lodge a separate order within 30 days of the entry of this order.

IT IS SO ORDERED.

Dated:    June 9, 2026

_____
UNITED STATES DISTRICT JUDGE

2